U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

MAR 16 2018

TONY R. MOORE, CLERK
BY: _____
       DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | DOCKET NO. 18-cr-00010 |
| VERSUS | : | JUDGE DRELL |
| RAUL DELACRUZ-VALDEZ | : | MAGISTRATE JUDGE KAY |

## JUDGMENT

For the reasons assigned in the Report and Recommendation of the Magistrate Judge, [Doc. 26], and in the transcript previously filed herein, [Doc. 27] and having thoroughly reviewed the record, with the defendant having waived the period for filing objections [Doc. 21], and concurring with the finding of the Magistrate Judge under applicable law:

**IT IS ORDERED** that the **GUILTY PLEA** entered by defendant **RAUL DELACRUZ-VALDEZ** on March 13, 2018 before Magistrate Judge Kathleen Kay is **ACCEPTED** by the court, pursuant to the provisions of F.R.Cr.P. 11.

Alexandria, Louisiana this 16 day of March, 2018.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE